**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Eryn Jenkins                                    CHAPTER 13

                         Debtor(s)                BKY. NO. 19-18006 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                                        Respectfully submitted,
                                        **/s/ Rebecca A. Solarz Esquire**
                                        Rebecca A Solarz, Esquire
                                        Kevin G. McDonald, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322