United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Eryn Jenkins  
    Debtor

Case No. 19-18006-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: TashaD     Page 1 of 2     Date Rcvd: Apr 10, 2020  
                      Form ID: pdf900     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2020.
```
db              +Eryn Jenkins,   1924 South 6th Street,    Allentown, PA 18103-8628
smg             +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg             +Dun & Bradstreet, INC,   3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg             +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14473611         American First Finance,    c/o Becket and Lee LLP,    PO Box 3002,   Malvern PA 19355-0702
14445184        +KML LAW GROUP (attn; Bankruptcy Dept),    701 Market St Suite 5000,
                  Philadelphia, PA 19106-1541
14445183        +PNC BANK NA,    300 Fifth Avenue,    The Tower at PNC Plaza,   Pittsburgh, PA 15222-2401
14477508        +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14465838        +PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASS,   701 Market Street Suite 5000,
                  Philadelphia, PA. 19106-1541
14466149        +PNC Mortgage, a division of PNC Bank,   National Association,   c/o REBECCA ANN SOLARZ,
                  KML Law Group, P.C.,   701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14464574        +Santander Consumer USA Inc., d/b/a Chrysler Capita,   C/O WILLIAM EDWARD CRAIG,
                  Morton & Craig,   110 Marter Avenue,   Suite 301,   Moorestown, NJ 08057-3125
14464121        +Santander Consumer USA Inc., d/b/a Chrysler Capita,   P.O. Box 961275,
                  Fort Worth, TX 76161-0275
14454010        +Santander Consumer USA, Inc.,   d/b/a Chrysler Capital,   P.O. Box 961275,
                  Fort Worth, TX 76161-0275

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 11 2020 03:54:00      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14447222         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 11 2020 04:03:10      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14451835         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 11 2020 03:53:42
                  Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                  Harrisburg, PA  17128-0946
14477371         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 11 2020 04:02:27
                  Pinnacle Credit Services, LLC,   Resurgent Capital Services,   PO Box 10587,
                  Greenville, SC 29603-0587
14468888        +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 11 2020 03:53:54     Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
14452944         E-mail/Text: bnc-quantum@quantum3group.com Apr 11 2020 03:53:25
                  Quantum3 Group LLC as agent for,   Second Round Sub LLC,   PO Box 788,
                  Kirkland, WA  98083-0788
14452945         E-mail/Text: bnc-quantum@quantum3group.com Apr 11 2020 03:53:25
                  Quantum3 Group LLC as agent for,   Second Round LP,   PO Box 788,   Kirkland, WA  98083-0788
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
cr*             +Santander Consumer USA Inc., d/b/a Chrysler Capita,   P.O. Box 961275,
                  Fort Worth, TX 76161-0275
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2020                                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-4           User: TashaD              Page 2 of 2                    Date Rcvd: Apr 10, 2020
                               Form ID: pdf900           Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2020 at the address(es) listed below:
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC Mortgage, a division of PNC Bank, National
               Association bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler
               Capital ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
| Eryn Jenkins | Bankruptcy No. 19-18006-PMM |
| Debtor | |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

*Patricia M. Mayer*

**Date: April 9, 2020**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE